IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re:<br>Kenneth Grigsby<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>) | Case No.: 18-01036<br><br>Chapter 13<br><br>Judge: David D. Cleary |

## AMENDED NOTICE OF MOTION

TO:   Kenneth Grigsby, 17851 S Princeton Lane Country Club Hills, IL 60478 *via mail*

Cullotta Bravo Law Group, ATT: Attorney Goda Bravo, 3535 E. New York Street, Suite 215 Aurora, IL 60504 *via mail*

Trustee Marilyn Marshall, 224 S. Michigan Ave., #800, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

U.S. Trustee, 219 S. Dearborn Suite 873, Chicago, IL 60604 *via ECF clerk's electronic delivery system*

See attached service list

   PLEASE TAKE NOTICE that on **March 30, 2020 at 9:30 am**, I shall appear before the Honorable Judge David D. Cleary at the Dirksen Federal Court, 219 S. Dearborn, Courtroom 644, Chicago, Illinois 60604 or any Judge presiding and then and there present the **Motion**, a copy of which is attached hereto.
   Any party who objects to this motion and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date.

By:   /s/ *David H. Cutler*
      David H. Cutler

## CERTIFICATE OF SERVICE

   I, David H. Cutler, hereby certify that I caused to be served, electronically or through U.S. Mail, a copy of the foregoing Amended Notice upon the parties named above on March 23, 2020 before the hour of 7:00 p.m.

By:   /s/ David H. Cutler
      David H. Cutler, esq.
      Counsel for Debtor(s)
      Cutler & Associates, Ltd.
      4131 Main St. Skokie, IL 60076
      Phone: (847) 673-8600