UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 18-01036
Kenneth Grigsby )
) Chapter: 13
) Honorable David D. Cleary
)
)
Debtor(s) )

**ORDER APPROVING SETTLEMENT**

THIS MATTER coming to be heard on the Motion of the Debtor to Approve Settlement;

THE COURT, after due notice having been given and hearing thereon, having been fully advised of the matter, herein;

IT IS HEREBY ORDERED:

1. The Debtor's settlement of his personal injury claim in the amount of $22,024.41 is approved.

2. Upon receipt of the settlement proceeds, Cullotta Bravo Law Group, shall distribute $700 to Homer Glen Open MRI for the medical lien.

3. Upon receipt of the settlement proceeds, Cullotta Bravo Law Group, shall distribute $5,000 to Will County Health and Wellness for the medical lien.

4. Upon receipt of the settlement proceeds, Cullotta Bravo Law Group, shall distribute $2,190.22 to Amita Adventist Bolingbrook Hospital for the medical lien.

5. Upon receipt of the settlement proceeds, Cullotta Bravo Law Group, shall distribute $986 to IL Emergency Medical (Merchants credit) for the medical lien.

6. The attorney fees and costs incurred by the Debtor's personal injury attorney, Goda Bravo, of Cullotta Bravo Law Group, in the amount of $5,597.91 are approved.

7. Cullotta Bravo Law Group will distribute the remainder of the net settlement, $7,550.28, directly to the Debtor.

Enter:

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: March 30, 2020

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600