UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-01036 |
| Kenneth Grigsby | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable David D. Cleary |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE PLAN POST CONFIRMATION

THIS MATTER coming to be heard on the Debtor's MOTION TO MODIFY PLAN; the Court being advised in the premises; with due notice having been given to all parties in interest;

IT IS HEREBY ORDERED:

1. Debtor's current Chapter 13 Plan is modified post-confirmation to:

   a) Defer the current trustee default to the end of the Plan;

   d) Extend the Chapter 13 plan term to 62 months in accordance with 11 U.S.C. §1329(d)(1);

   c) The Plan base amount remains the same; and

   d) The Trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed Plan.

Enter:   /s/ David D. Cleary

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: February 22, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600